# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 53410

STATE OF IDAHO,

    Plaintiff-Respondent,

v.

BRUCE RICHARD BONI,

    Defendant-Appellant.

)
)
)
)
)
)
)
)
)
)
)
)

Filed: August 11, 2026

Melanie Gagnepain, Clerk

THIS IS AN UNPUBLISHED
OPINION AND SHALL NOT
BE CITED AS AUTHORITY

---

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County. Hon. Patrick J. Miller, District Judge.

Judgment of conviction and fixed sentence of one and one half years, <u>affirmed</u>.

Erik R. Lehtinen, State Appellate Public Defender; Jacob Westerfield, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Raúl R. Labrador, Attorney General; Kacey L. Jones, Deputy Attorney General, Boise, for respondent.

---

Before LORELLO, Judge; FLEMING, Judge
and PETTY, Judge

---

PER CURIAM

Bruce Richard Boni pled guilty to misappropriation of personal identifying property, Idaho Code §§ 18-3126, -3128. In exchange for his guilty plea, additional charges were dismissed. The district court imposed a fixed one and one half year sentence. Boni appeals, contending that his sentence is excessive.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the

1

length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Our role is limited to determining whether reasonable minds could reach the same conclusion as the district court. *State v. Biggs*, 168 Idaho 112, 116, 480 P.3d 150, 154 (Ct. App. 2020).

Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion. Therefore, Boni's judgment of conviction and sentence are affirmed.